

MEMO ENDORSED

Tower 56
126 East 56th Street, 8th Floor
New York, NY 10022
212 905 0509 T
212 905 0508 F
www.gardylaw.com
www.nyc-employmentlawyer.com

May 27, 2022

**Gardy & Notis, LLP**
Attorneys at Law

<u>Via ECF</u>
Hon. Kenneth M. Karas, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *Rose v. Willoughby, et al.,*
<u>No. 7:21-cv-769-KMK</u>

Dear Judge Karas:

This firm is counsel for plaintiff Karlene Rose. I write to request a brief extension of time to file Plaintiff's motion for default judgment. This is the first such request. Plaintiff requests one week from the current deadline of May 31, 2022, which would bring the filing date to June 7, 2022.

By way of background, on May 17, 2022, the Court issued an order directing Plaintiff to obtain a clerk's certificate of default, and to move for a default judgment within one week of obtaining the clerk's certificate. Dkt. 47. Plaintiff was granted a clerk's certificate of default on May 23, 2022 which would create a filing deadline of May 31, 2022 due to the holiday weekend.

Plaintiff's counsel has worked diligently on the motion for a default judgment, but has been unable to complete the motion due to an urgent matter arising within the last week, involving a request for a TRO which will be argued on May 31. Accordingly, Plaintiff requests an additional seven days to file the motion for a default judgment.

I thank Your Honor for your consideration of this matter.

Granted.
So Ordered.
*[signature]*
5/27/22

Respectfully submitted,

*Orin Kurtz*