UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KARLENE ROSE,

          Plaintiff,

v.

ROBERT WILLOUGHBY and
CARIB FISH MARKET & GRILL, LLC,

          Defendants.

No. 7:21-cv-769-KMK

[~~PROPOSED~~] DEFAULT JUDGMENT

Before the Court is a motion for default judgment by Karlene Rose ("Plaintiff") against defendant Robert Willoughby ("Defendant"), filed on June 6, 2022. This action was commenced by the filing of a summons and complaint, copies of which were properly and timely served on Defendant. Defendant did not answer or otherwise move with respect to the Complaint and the Clerk entered a certificate of default against Defendant. Plaintiff has complied with the Court's rules for securing a default judgment, including filing an order to show cause and serving all relevant papers on Defendant. Accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED, that:

1. Plaintiff's motion is granted;
2. Plaintiff is awarded a default judgment against Defendant;
3. The judgment is in the amount of $93,564 which includes:
   a. $16,800 for unpaid minimum wages in violation of the NYLL and $16,800 in liquidated damages;;
   b. $16,000 for unpaid overtime in violation of the FLSA and the NYLL and $16,000 in liquidated damages;

    c. $8,364 in interest for Defendants' failure to pay minimum wage and overtime in violation of the NYLL;

    d. $9,600 for failure to pay spread of hours pay in violation of the NYLL;

    e. $5,000 for violation of NYLL §195(1); and

    f. $5,000 for violation of NYLL §195(3).

It is further ORDERED, JUDGED AND DECREED that Plaintiff is awarded $28,620 for attorneys' fees and $1,331.51 in costs.

It is further ORDERED, JUDGED AND DECREED that Plaintiff may move for attorneys' fees and costs at a later time, as necessary, for subsequent work done on this case including without limitation enforcement of this judgment.

Dated: 7/15/22
White Plains, New York

_____
Hon. Kenneth M. Karas, USDJ